JS-6

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/(JS-6)
___ JS-2/JS-3
___ Scan Only

S

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOPHAT LAEM, | ) | Case No. CV 05-01021-DDP (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS,** |
| | ) | **CONCLUSIONS, AND** |
| v. | ) | **RECOMMENDATIONS OF UNITED** |
| | ) | **STATE MAGISTRATE JUDGE** |
| JAMES WALKER, Warden | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge except as follows. The Court notes that in 28 U.S.C. § 2254 proceedings the correct standard for determining the prejudicial effect of an error, whether trial misconduct or instructional error, is not the "harmless beyond a reasonable doubt" standard of <u>Chapman v. California</u>, 386 U.S. 18 (1967). Rather the Supreme Court

has held that in such a proceeding "a court must assess the prejudicial impact of constitutional error in a state-court criminal trial under the 'substantial and injurious effect' standard set forth in Brecht[ v. Abrahamson], 507 U.S. 619[ (1993)]." Fry v. Pliler, 127 S.Ct. 2321, 2328 (2007). The Court modifies the report and recommendation as follows:

1. Page 46, line 8, insert: "Furthermore, a federal habeas court must determine whether a trial error resulted in a "substantial and injurious effect in determining the jury's verdict." Brecht v. Abrahamson, 507 U.S. 619, 638 (1993) (internal quotations omitted)."

2. Page 54, Line 16-17, should read: "Finally, petitioner has not demonstrated that this error resulted in a substantial and injurious effect against him and is thus not entitled to habeas relief on this issue."

IT IS ORDERED that Judgment shall be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action with prejudice.

DATED: 8-8-08

HONORABLE DEAN D. PREGERSON
United States District Judge