JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHAT LAEM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent. | NO. SACV 05-01021 DDP (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 10-8-08

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE